| UNITED STATES BANKRUPTCY COURT<br>**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**M. Ecker & Co. of Florida, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **36-3029926** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**9525 W. Bryn Mawr Avenue**<br>**Rosemont, Illinois**          ZIP CODE **60018** | Street Address of Joint Debtor (No. and Street, City, and State):          ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**COOK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):          ZIP CODE | Mailing Address of Joint Debtor (if different from street address):          ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):          ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other **Real Estate Dev. & Constr.** | ☒ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11          Main Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13          Recognition of a Foreign<br>                              Nonmain Proceeding |

| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br><br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check **one** box.)<br><br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ☒ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only).  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration.  See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br><br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY** |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): **M. Ecker & Co. of Florida, Inc.** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **Gypsum Construction, Inc.** | Case Number: | Date Filed: |
| District: **Northern District of Illinois, Eastern Division** | Relationship: **Corporate Affiliate of Debtor** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☒  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)

B1 (Official Form 1) (04/13)    Page 3

| Voluntary Petition | Name of Debtor(s): **M. Ecker & Co. of Florida, Inc.** |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  *Bruce L. Wald* (signature)

Signature of Attorney for Debtor(s)
**Bruce L. Wald**
Printed Name of Attorney for Debtor(s)
**Tishler & Wald, Ltd.**
Firm Name
**200 S. Wacker Drive, Suite 3000**
**Chicago, Illinois 60606**
Address
**(312) 876-3800**
Telephone Number
*1-3-2014*
Date
**Bar No.: 02919095**
**Fax: (312) 876-3816**
**E-mail: bwald@tishlerwald.com**

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C § 110.)

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *Nick Andreolas* (signature)
   Signature of Authorized Individual
**Nick Andreolas**
   Printed Name of Authorized Individual
**President**
   Title of Authorized Individual
*1-3-2014*
   Date

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:

M. Ecker & Co. of Florida, Inc.,
Debtor

Case No.

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007, Fed. R. Bank. P. for filing in this Chapter 11 case.

| Security Holder's Registered Name and Last Known Address or Place of Business | Class of Security | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| Ecker Enterprises, Inc. | None | 100% | Common Stock |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Nick Andreolas, President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing **List of Equity Security Holders** and that it is true and correct to the best of my information and belief.

Date: 1-3-14

Signature:

Printed Name: Nick Andreolas

Title: President

**Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **M. Ecker & Co. of Florida, Inc.**                    Case No.

     Debtor.                                        Chapter  **7**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **M. Ecker & Co. of Florida, Inc.**   (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

__X__  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

  **Ecker Enterprises, Inc. (owns 100% of Debtor)**

OR,

_____ There are no entities to report.

By:_____

**Bruce L. Wald**
Signature of Attorney

Counsel for **M. Ecker & Co. of Florida, Inc.**
Bar no.: **02919095**
Address.: **200 S. Wacker Drive, Suite 3000**
         **Chicago, Illinois 60606**

Telephone No.: **(312) 876-3800**
Fax No.: **(312) 876-3816**
E-mail address: **bwald@tishlerwald.com**

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:

M. Ecker & Co. of Florida, Inc.,

Debtor(s)

Case No. BKY

Chapter 7 Case

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Nick Andreolas, declare under penalty of perjury that I am the President of M. Ecker & Co. of Florida, Inc., a Florida corporation and that on October 31, 2013 the following resolution was duly adopted by the Board of Directors and Shareholders of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Nick Andreolas, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Nick Andreolas, President of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Nick Andreolas, President of this corporation, is authorized and directed to employ Bruce L. Wald, attorney and the law firm of Tishler & Wald, Ltd. to represent the corporation in such bankruptcy case."

| Executed on: 1-3-14 | Signed: |
|---|---|
| | Nick Andreolas 9525 W. Bryn Mawr Avenue, Suite 900, Rosemont, IL  60018 (*Name and Address of Subscriber*) |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re **M. Ecker & Co. of Florida, Inc.**

_____,
Debtor

Case No. _____

Chapter **7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

     If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

     □ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| TOTAL | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income  (from Schedule I, Line 16) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 18) | $ | **0.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ **4,000,000.00** |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ **0.00** | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ **0.00** |
| 4.  Total from Schedule F | | $ **901,897.40** |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ **4,901,897.40** |

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

In re  **M. Ecker & Co. of Florida, Inc.**

_____,
                              Debtor

Case No. _____

Chapter **7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 4,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 17 | | $ 901,897.40 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | $ |
| TOTAL | | 29 | $ 0.00 | $ 4,901,897.40 | |

B6A (Official Form 6A) (12/07)

In re  M. Ecker & Co. of Florida, Inc.,_____          Case No. _____
_____**Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint, or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $0.00 | |

(Report also on Summary of Schedules.)

B 6B  (Official Form 6B) (12/2007)

In re  **M. Ecker & Co. of Florida, Inc.,**                                    Case No. _____
                     **Debtor**                                                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

       Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

       **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | Husband, Wife, Joint, Or Community | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account #2153129271 Associated Bank | | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  M. Ecker & Co. of Florida, Inc.,                                    Case No. _____
                                    **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

B 6B  (Official Form 6B) (12/2007)

In re  **M. Ecker & Co. of Florida, Inc.,**                                    **Case No.**  _____
                              **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

<u>2</u> continuation sheets attached        Total ▶

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

$0.00

B6C (Official Form 6C) (04/13)

In re  **M. Ecker & Co. of Florida, Inc.,**                                    Case No. _____
                    **Debtor**                                                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                            $155,675.*
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

In re   M. Ecker & Co. of Florida, Inc. _____,    Case No. _____
_____Debtor_____                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Associated Bank, N.A.**<br>**Attn: Craig Thessin, VP**<br>**200 E. Randolph Street**<br>**Chicago, IL 60601** | X | | **7/18/2011**<br>**Guaranty of Loan to Ecker Enterprises, Inc.**<br><br>**No assets available to secured creditor.**<br>VALUE $       $0.00 | | X | | **$4,000,000.00** | **$4,000,000.00** |
| | | | | | | | | |

| _0_ continuation sheets attached | Subtotal ▶ (Total of this page) | $ **4,000,000.00** | $ **4,000,000.00** |
|---|---|---|---|
| | Total ▶ (Use only on last page) | $ **4,000,000.00** | $ **4,000,000.00** |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

**In re** **M. Ecker & Co. of Florida, Inc.** _____ ,    Case No._____
<u>Debtor</u>                                              *(if known)*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the  husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

[X]   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

[ ]  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

[ ]  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 6E (Official Form 6E) (04/13) – Cont.

**In re** <u>M. Ecker & Co. of Florida, Inc.</u> ,    Case No._____
Debtor                                              *(if known)*

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___**0**___ continuation sheets attached

In re **M. Ecker & Co. of Florida, Inc.** _____, Case No. _____
        **Debtor**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Adeline Aguirre c/o Chase Home Finance**<br>**Ben-Ezra & Katz, P.A.**<br>**2901 Stirling Road**<br>**Suite 300**<br>**Ft. Lauderdale, FL 33312** | | | 5/13/2010<br><br>**Possible claim for stucco/construction defects** | | X | X | **Unknown** |
| Notes: Debtor is also a subordinate lienholder in foreclosure action in re: Chase Home Finance, LLC vs. Adeline Aguirre, Quantum on the Bay Condo Assoc., M. Ecker & Co. of Florida, Inc., et al, Case No. 09-027758 CA 01 | | | | | | | |
| **ACCOUNT NO.**<br>**Balfour Beatty Construction**<br>**Attn: Rob Gillette**<br>**7901 SW 6th Court**<br>**Suite 200**<br>**Plantation, FL 33324** | | | 4/13/2012<br><br>**Possible claim for construction-stucco defects** | | X | X | **$141,000.00** |
| **ACCOUNT NO.**<br>**Beachfront at Singer Island Condo Assoc. Inc.**<br>**4600 North Ocean Drive**<br>**Singer Island, FL 33404** | X | | 4/2/2013<br><br>**Possible claim for construction-stucco defects at the Beachfront at Singer Island Condominiums** | | X | X | **Unknown** |

Subtotal ▶ | $ | **141,000.00**

_15_ continuation sheets attached

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re M. Ecker & Co. of Florida, Inc. _____,    Case No. _____
        **Debtor**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Behar Font & Partners, P.A.**<br>**4533 Ponce De Leon**<br>**Coral Gables, FL 33146** | | | **3/1/2010**<br><br>**Possible cross-claim for Breach of Contract (stucco/construction defects) in Case No. 10-13910CA09** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Bonsal American, Inc.**<br>**c/o Ellis & Winters, LLP**<br>**333 North Greene Street, Suite 200**<br>**Greensboro, NC 27401** | | | **2/7/2011**<br><br>**Possible cross-claim for Breach of Contract (stucco/construction defects) in Case No. 11-5319CA40** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br>**BR Villa Luisa, LLC**<br>**c/o Meland Russin & Budwick PA**<br>**200 S. Biscayne Blvd.**<br>**3000 Wachovia Financial Center**<br>**Miami, FL 33131** | | | **10/5/2009**<br><br>**Debtor is also a subordinate lienholder in foreclosure action in re: iStar FM Loans, LLC vs. BR Villa Luisa, LLC, M. Ecker & Co. of Florida, Inc., et al, Case No. 09-072287 CA 23** | | X | X | **Unknown** |
| **ACCOUNT NO.**<br><br>**Cabi Aventura Condo, LLC**<br>**19950 W. Country Club Drive, Suite 900**<br>**Aventura, FL 33180** | | | **3/1/2010**<br><br>**Possible cross-claim for Breach of Contract (stucco/construction defects) in Case No. 10-13910CA09** | | | X | **Unknown** |

Sheet no. __1__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ **0.00**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re M. Ecker & Co. of Florida, Inc. _____ ,    Case No. _____
        **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Coastal Construction Services, Inc.**<br>**5959 Blue Lagoon Drive**<br>**Suite 200**<br>**Miami, FL 33126** | X | | 6/10/2011<br><br>**Possible claim for alleged stucco-construction and design defects existing at the Ocean Palms Condominiums in re: Case No. 07-034975 (03)** | | X | X | $250,000.00 |
| **Notes: Attn:  Nicole R. Topper, Esq.** | | | | | | | |
| **ACCOUNT NO.** <br><br>**Collins Avenue Associates, LLC**<br>**550 Biltmore Way**<br>**Coral Gables, FL 33134** | | | 1/27/2009<br><br>**Possible Cross-claim for Breach of Contract (construction/stucco defects) in Case #04-24660 CA 15** | | X | X | Unknown |
| **Additional Contacts for Collins Avenue Associates, LLC:**<br><br>**Collins Avenue Associates LLC**<br>**c/o Siegfreid, Rivera, Lerner, De La Torre & Sobel**<br>**8211 W. Broward Blvd., Suite 250**<br>**Plantation, FL 33324** | | | | | | | |
| **ACCOUNT NO.** <br>**Diplomat Properties, Limited Partnership**<br>**c/o Wright Fulford Moorhead & Brown**<br>**505 Maitland Avenue**<br>**Suite 1000**<br>**Altamonte Springs, FL 32701** | | | 4/24/2012<br><br>**Possible claim for construction-stucco defects** | | X | X | Unknown |
| **Notes: Attn:  Jeffrey S. Hammer, Esq.** | | | | | | | |

Sheet no. __2__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $  **250,000.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **M. Ecker & Co. of Florida, Inc.**_____,    Case No. _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Facchina Construction of Florida, LLC 1450 NW 78th Avenue Doral, FL 33126** | X | | 8/1/2009 **Possible claim for alleged stucco-construction and design defects existing at the Quantum on the Bay Condominiums - North & South Towers** | | X | X | **Unknown** |
| Notes: Attn: Jeffrey S. Respler, Esq. | | | | | | | |
| **ACCOUNT NO.** **Fountainbleu II Condo Assoc Boies, Schiller & Flexner 401 East Las Olas Blvd. Suite 1200 Ft. Lauderdale, FL 33301** | X | | 11/05/2009 **Claim for Breach of Contract (stucco/construction defects) in Case No. 09-81609 CA 05** | | X | X | **$2,500.00** |
| Notes: Attn: Sigrid McCawley, Esq. | | | | | | | |
| Additional Contacts for Fountainbleu II Condo Assoc: **Georg Ketelhohn, Esq. Siegfried, Rivera, Lerner, et al 201 Alhambra Circle Suite 1102 Coral Gables, FL 33134** **Restani, Dittmar & Hauser, P.A. 201 Alhambra Circle Suite 1050 Coral Gables, FL 33134** | | | **Liberty Mutual Ins. Group P.O. Box 169168 Irving, TX 75016** | | | | |
| **ACCOUNT NO.** **Huden Simmons c/o Jean J. Barnett, Esq. Huden Simmons 328 Banyan Blvd. Suite E West Palm Beach, FL 33401** | | | 2011 **Possible claim in re: appeal of Debtor's lien claim originally entered in the Circuit Court of the 15th Circuit, Palm Beach County, Florida in Case No. 2006 CA 002396, Appellate Court Case No. 4D11-797** | | X | X | **Unknown** |

Sheet no. __**3**__ of __**15**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **2,500.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **M. Ecker & Co. of Florida, Inc.**_____,    Case No. _____
_____**Debtor**_____    _____**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>**Infinity At Brickell Master Assoc./Condo Assoc.**<br>**60 S.W. 13th Street**<br>**Miami, FL 33130** | | | 8/6/2013<br><br>**Possible claim for construction-stucco defects at the Infinity at Brickell Condominiums** | | X | X | $0.00 |
| **ACCOUNT NO.**<br><br>**iStar FM Loans, LLC**<br>**1114 Avenue of the Americas**<br>**39th Floor**<br>**New York, NY 10036** | X | | 10/5/2009<br><br>**Debtor is also a subordinate lienholder in foreclosure action in re: iStar FM Loans, LLC vs. BR Villa Luisa, LLC, M. Ecker & Co. of Florida, Inc., et al, Case No. 09-072287 CA 23** | | X | X | Unknown |
| **Additional Contacts for iStar FM Loans, LLC:**<br><br>**Nathan E. Nason, Esq.**<br>**Nason Yeager Gerson White & Lioce PA**<br>**1645 Palm Beach Lakes Blvd.**<br>**Suite 1200**<br>**W. Palm Beach, FL 33401** | | | | | | | |
| **ACCOUNT NO.**<br>**J.S. Collins; Turnberry Constr; TL Fountainbleau Towers**<br>**c/o Roberts Reynolds Bedard & Tuzzo**<br>**7501 Wiles Road, Suite 201**<br>**Coral Springs, FL 33067** | | | 11/05/2009<br><br>**Possible Cross-Claim for Breach of Contract (stucco/construction defects) in Case No. 09-81609 CA 05** | | X | X | Unknown |

Sheet no.___**4**___of___**15**___continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $         **0.00**

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **M. Ecker & Co. of Florida, Inc.**       ,      Case No. _____

**Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Landmark At The Gardens Condo Assoc Inc.** <br> **c/o Siegried Rivera Lerner De La Torre & Sobel PA** <br> **201 Alhambra Circle** <br> **Suite 1102** <br> **Coral Gables, FL 33134** | | | **9/10/2012** <br><br> **Possible claim for construction-stucco defects** | | X | X | **Unknown** |
| Notes: Attn: Nicolas Siegfried, Esq. | | | | | | | |
| **ACCOUNT NO.** <br><br> **Latitude on the River Condo Assoc. Inc.** <br> **185 SW 7th Street** <br> **Miami, FL 33130** | X | | **5/11/2007** <br><br> **Possible claim for stucco-construction defects** | | X | X | **Unknown** |
| Additional Contacts for Latitude on the River Condo Assoc. Inc.: <br><br>    Jason M. Rodgers-Da Cruz, Esq. <br>    Siegfried Rivera Lerner et al <br>    201 Alhambra Circle <br>    Suite 1102 <br>    Coral Gables, FL 33134 | | | | | | | |
| **ACCOUNT NO.** <br> **Leviev Boymelgreen Marquis Developers, LLC** <br> **c/o Jason R. Moyer - Baker Lopez Gassler PA** <br> **501 First Avenue North** <br> **Suite 900** <br> **St. Petersburg, FL 33701** | X | | **9/16/2013** <br><br> **Possible claim for construction-stucco defects at the** | | X | X | **Unknown** |

Sheet no. __5__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **0.00**

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re M. Ecker & Co. of Florida, Inc. _____,   Case No. _____

   **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> **Marquis Miami Condo Assoc Inc.** <br> **c/o Siegried Rivera Lerner De La Torre & Sobel PA** <br> **201 Alhambra Circle** <br> **Suite 1102** <br> **Coral Gables, FL 33134** | | | 9/16/2013 <br><br> **Possible claim for construction-stucco defects at the** | | X | X | **Unknown** |
| **ACCOUNT NO.** 204M <br> **May, Meacham & Davell, P.A.** <br> **Attn:  Robert Meacham, Esq.** <br> **One Financial Plaza, #2602** <br> **Ft. Lauderdale, FL 33394-1697** <br> **Full Account No.:** <br> **2577-0291204M** | | | 10/31/2010 <br><br> **Legal services rendered** | | X | | **$42,397.40** |
| **ACCOUNT NO.** <br><br> **Midtown Miami No. 2, LLC** <br> **3301 NE 1st Avenue** <br> **Miami, FL 33137** | X | | 4/13/2012 <br><br> **Possible claim for construction-stucco defects** | | X | X | **$141,000.00** |
| **ACCOUNT NO.** <br><br> **Moss & Associates, LLC** <br> **c/o Vincent F. Vaccarella** <br> **401 S.E. 12th Street** <br> **Suite 300** <br> **Ft. Lauderdale, FL 33316** | | | 1/24/2012 <br><br> **Possible claim for stucco-construction defects** | | X | X | **Unknown** |

Sheet no. __6__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ **183,397.40**

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **M. Ecker & Co. of Florida, Inc.** _____,    Case No. _____
              **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Ocean Palms Condominium Association, Inc.** **c/o Sachs Sax Caplan** **6111 Broken Sound Prkwy NW** **Suite 200** **Boca Raton, FL 33487** | | | 6/10/2011 **Possible claim for alleged stucco-construction and design defects existing at the Ocean Palms Condominiums in re: Case No. 07-034975 (03)** | | X | X | $250,000.00 |
| Notes: Attn: Nicole R. Topper, Esq. | | | | | | | |
| **Additional Contacts for Ocean Palms Condominium Association, Inc.:** **Ocean Palms** **3101 South Ocean Drive** **Hollywood, FL 33019** **Rumberger Kirk & Caldwell** **80 Southwest 8th Street** **Suite 3000** **Miami, FL 33130** | | | | | | | |
| **ACCOUNT NO.** **Park Condominium Assoc @ Turnberry Isle** **c/o Hyman Spector & Mars, LLP** **150 W. Flagler St, 27th Fl** **Miami, FL 33130** | X | | 3/1/2010 **Possible claim for Breach of Contract (stucco/construction defects) in Case No. 10-13910CA09** | | X | X | **Unknown** |
| Notes: Attn: Michael L. Hyman, Esq. | | | | | | | |
| **Additional Contacts for Park Condominium Assoc @ Turnberry Isle:** Steadfast Ins. Co. - Zurich NA Attn: Hilary Schweitzer, Claims Specialist P.O. Box 66965 Chicago, IL 60666-0965     **Everest National Ins. Co.** **Attn: Randy Bristow,** **Claims Specialist** **PO Box 69** **Orange, CA 92856**   Chartis Insurance/AIG Attn: Susan Coulter, Claims Specialist P.O. Box 3780 Alpharetta, GA 30023     **The Parc @ Turnberry Isle** **19400 Turnberry Way** **Aventura, FL 33180** | | | | | | | |

Sheet no. **7** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **250,000.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **M. Ecker & Co. of Florida, Inc.** _____,     Case No. _____
     **Debtor**     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Pavarini Construction Co Inc c/o Peckar & Abramson, P.C. One SE Third Ave, #3100 Miami, FL 33131** | | | **2/7/2011** <br><br>**Possible cross-claim for Breach of Contract (stucco/construction defects) in Case No. 11-5319CA40** | | X | X | Unknown |
| **Notes: Attn:  Melinda Gentile, Esq./Steven Reisman, Esq.** | | | | | | | |
| **ACCOUNT NO.** <br><br>**Pavarini Construction Co. (SE), Inc. 2400 E. Commercial Blvd. Suite 900 Ft. Lauderdale, FL 33308** | | | **12/17/2009** <br><br>**Possible claim for alleged stucco-construction and design defects existing at the Marina Grande** | | X | X | Unknown |

**Additional Contacts for Pavarini Construction Co. (SE), Inc.:**

| | | | |
|---|---|---|---|
| **Michael Switzer, Esq. Wilson Elser Moskowitz Edelman & Dicker LLP 222 Lakeview Avenue Suite 810 West Palm Beach, FL 33401** | **Marina Grande Condominium Association, Inc. c/o Albert B. Moore, Esq. - Sachs Sax Caplan 1850 SW Fountainview Blvd. Suite 207 Port St. Lucie, FL 34986** | **Marina Grande Associates, Ltd. c/o Rennert Vogel Mandler & Rodriguez PA 100 SE Second Street Suite 2900 Miami, FL 33131** | Marina Grande Riviera Beach Condo Association Inc c/o Gilbert V. Moore, Esq. 1601 Forum Place Centurion Tower, Suite 700 West Palm Beach, FL 33401 <br><br>Delroy Anglin, Community Assoc. Mgr. See Attachment 1 - Fourth Additional Contact |

**Continued on Attachment - Additional Contacts**

| CREDITOR'S NAME | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br>**Plaza Contracting Co./Katz Meltzer Constr. Co. c/o Pardo Gainsburg, PL 200 S.E. First Street Suite 700 Miami, FL 33131** | | | **9/16/2013** <br><br>**Possible claim for construction-stucco defects at the** | | X | X | Unknown |

Sheet no. **8** of **15** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **M. Ecker & Co. of Florida, Inc.**_____,    Case No. _____
**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Quantum on the Bay**<br>**c/o Hyman Spector & Mars LLP**<br>**150 W. Flagler Street**<br>**27th Floor - Museum Tower**<br>**Miami, FL 33130** | | | **8/1/2009**<br><br>**Possible claim for alleged stucco-construction and design defects existing at the Quantum on the Bay Condominiums - North & South Towers** | | X | X | **Unknown** |
| Notes: Attn:  Jeffrey S. Respler, Esq. | | | | | | | |
| Additional Contacts for Quantum on the Bay:<br><br>**Facchina-McGaughan, LLC**<br>**6600 North Andrews Avenue**<br>**Suite 200**<br>**Ft. Lauderdale, FL 33309** | | | | | | | |
| ACCOUNT NO.<br><br>**Residences at the Bath Club Condo Assoc Inc**<br>**5937 Collins Avenue**<br>**Biami Beach, FL 33160** | X | | **1/27/2009**<br><br>**Possible Claim for Breach of Contract (construction/stucco defects) related to Case #04-24660 CA 15** | | X | X | **Unknown** |
| Notes: Served with Subpoena for documents on 3/2/2010 in re: M.C. Velar Construction Corp. vs. Turner Construction Company et al, Case #04-24660 CA 15 May be other potential creditors if contribution claims exist for other parties | | | | | | | |
| Additional Contacts for Residences at the Bath Club Condo Assoc Inc:<br>**Peckar & Abramson, P.C.**<br>**Attn:  Gary M. Stein, Esq.**<br>**One S.E. Third Ave, Suite 3100**<br>**Miami, FL 33131**<br><br>**Glazer & Associates, P.A.**<br>**Attn:  Christopher M. Reed, Esq.**<br>**1920 E. Hallandale Beach Blvd.**<br>**Eighth Floor**<br>**Hallandale, FL 33009** | | | | | | | |

Sheet no.__**9**__ of __**15**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal► | $ | **0.00**

Total► | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re M. Ecker & Co. of Florida, Inc.                    ,        Case No. _____
         **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Sea Breeze Ocean Developers, Ltd.** **c/o Mario A. Romine** **19950 W. Country Club Drive** **10th Floor** **Aventura, FL 33180** | | | 9/6/2009 **Possible Claim for Breach of Contract (stucco/construction defects)** | | X | X | **Unknown** |
| Additional Contacts for Sea Breeze Ocean Developers, Ltd.: **Steven B. Lesser, Esq.** **Becker & Poliakoff, P.A.** **3111 Stirling Rd** **Ft. Lauderdale, FL** **33312-6525** **Willis North America** **P.O. Box 305191** **Nashville, TN 37230-5191** | | | | | | | |
| **ACCOUNT NO.** **Simplex Grinnell / Tyco Products** **c/o Shook Hardy & Bacon, LLP** **2555 Grand Boulevard** **Kansas City, MO 64108-2613** | | | 2/7/2011 **Possible cross-claim for Breach of Contract (stucco/construction defects) in Case No. 11-5319CA40** | | X | X | **Unknown** |
| Notes: Attn: Paul A. Williams, Esq. | | | | | | | |
| **ACCOUNT NO.** **Skanska USA Building, Inc.** **2009 Collins Avenue** **Miami, FL 33139** | | | 1/31/2013 **Possible claim for construction-stucco defects at The Setai Tower Residences/Hotel** | | X | X | **Unknown** |

Sheet no. __**10**__ of __**15**__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $            **0.00**

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re M. Ecker & Co. of Florida, Inc.                    ,        Case No. _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Additional Contacts for Skanska USA Building, Inc.:** <br><br> **Bruce A. Norris/Roger C. Brown** <br> **Kirwin Norris, P.A.** <br> **15 West Church Street** <br> **Suite 301** <br> **Orlando, FL 32801** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Stiles Corporation d/b/a Stiles Construction Corp** <br> **c/o Peckar & Abramson** <br> **One Southeast Third Ave., Suite 3100** <br> **Miami, FL 33131** | | | 3/1/2010 <br><br> **Possible cross-claim for Breach of Contract (stucco/construction defects) in Case No. 10-13910CA09** | | X | X | Unknown |
| **Additional Contacts for Stiles Corporation d/b/a Stiles Construction Corp:** <br><br> **Stiles Corporation d/b/a Stiles Construction Co.** <br> **300 S.E. 2nd Street** <br> **Ft. Lauderdale, FL 33301** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Suffolk Construction Company** <br> **Attn:  Juan Diaz, Esq.** <br> **One Harvard Circle** <br> **Suite 100** <br> **West Palm Beach, FL 33409** | | | 5/11/2007 <br><br> **Possible claim for stucco-construction defects** | | X | X | Unknown |

Sheet no. __11__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $ | **0.00**

Total➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **M. Ecker & Co. of Florida, Inc.**_____,    Case No. _____
          **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>The Hunt Construction Group, Inc.<br>c/o Robert A. Carlson, Esq.,<br>Lee Hernandez Landrum<br>Garofalo Blake<br>100 N. Biscayne Blvd., Suite 605<br>Miami, FL 33132 | X | | 8/6/2013<br>**Possible claim for construction-stucco defects at the Infinity at Brickell Condominiums** | | X | X | $0.00 |
| **ACCOUNT NO.**<br>The Lexi Condominium Association, Inc.<br>c/o Gilmer M. Heitman Law Firm, P.C.<br>12765 W. Forest Hill Blvd.<br>Suite 1315<br>Wellington, FL 33414 | | | 1/24/2012<br>**Possible claim for stucco-construction defects** | | X | X | Unknown |
| Additional Contacts for The Lexi Condominium Association, Inc.:<br><br>    Todd L. Sussman, Esq.<br>Daniels, Kashtan, Downs, Robertson & McGirney PA<br>490 Sawgrass Corporate Pkwy.<br>Suite 320<br>Ft. Lauderdale, FL 33325 | | | | | | | |
| **ACCOUNT NO.**<br>The Lubrizol Corporation<br>c/o McGuire Woods, LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067 | | | 2/7/2011<br>**Possible cross-claim for Breach of Contract (stucco/construction defects) in Case No. 11-5319CA40** | | X | X | Unknown |

Sheet no. __12__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal► $     **0.00**

Total► $ _____
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re M. Ecker & Co. of Florida, Inc. _____ ,        Case No. _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** **Titon Stone, LLC et al c/o Chad E. Cron, Esq. -- Peckar & Abramson One Southeast Third Avenue Suite 3100 Miami, FL 33131** | X | | 4/24/2012 **Possible claim for construction-stucco defects** | | X | X | Unknown |
| Notes: Attn: Jeffrey S. Hammer, Esq. | | | | | | | |
| **ACCOUNT NO.** **Travelers Casualty & Surety Company c/o The Soto Law Group 2400 Commercial Blvd. Coastal Tower, Suite 400 Ft. Lauderdale, FL 33308** | | | 2/7/2011 **Possible cross-claim for breach of contract/stucco-construction defects in Case No. 11-5319CA40** | | X | X | Unknown |
| Notes: Attn: Felena Talbott, Esq. / Oscar E. Soto, Esq. | | | | | | | |
| **ACCOUNT NO.** **Turnberry Ocean Colony South Tower COA 17070 Collins Avenue Suite T-269 Sunny Isles Beach, FL 33160** | | | 9/6/2009 **Possible Cross-Claim for Breach of Contract (stucco/construction defects)** | | X | X | $0.00 |
| **ACCOUNT NO.** **Turner Construction Company 1339 SW 1st Avenue Miami, FL 33130** | | | 1/27/2009 **Possible Cross-claim for Breach of Contract (construction/stucco defects) in Case #04-24660 CA 15** | | X | X | Unknown |

Sheet no. __13__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | **0.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) Cont.

In re M. Ecker & Co. of Florida, Inc. _____ ,        Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **W.G. Yates & Sons Constr. Co.** <br> **c/o Berger Singerman** <br> **350 East Las Olas Blvd.** <br> **Suite 1000** <br> **Ft. Lauderdale, FL 33301** | | | **12/2/2008** <br><br> **Possible claim for alleged stucco-construction and design defects existing** | | X | X | **Unknown** |
| Additional Contacts for W.G. Yates & Sons Constr. Co.: <br><br> **W.G. Yates & Sons Construction Company** <br> **141 N.E. Third Avenue** <br> **Miami, FL 33132** | | | | | | | |
| **ACCOUNT NO.** <br><br> **Williams Island Ocean Club** <br> **c/o Siegfried Rivera Lerner De La Torre & Sobel PA** <br> **8211 W. Broward Blvd., # 250** <br> **Plantation, FL 33324** | X | | **2/17/2011** <br><br> **Claim for Breach of Contract (stucco/construction defects and deficiencies) in Case No. 11-5319CA40** | | X | X | **$75,000.00** |
| Notes: a/k/a New Beach Construction <br> Attn: Tiffany Hurwitz, Esq. & Michael Kurzman, Esq. <br> Additional Contacts for Williams Island Ocean Club: <br><br> **Richman Greer, P.A.** <br> **c/o Mark Romance, Esq.** <br> **201 S. Biscayne Blvd.** <br> **Suite 1000** <br> **Miami, FL 33131** <br><br> **Joseph Silver, Esq.** <br> **400 Island Bldv., PH2** <br> **Williams Island, FL 33160**     **Doumar Allsworth Laystrom et al** <br> **Attn: John D. Voight, Esq.** <br> **1177 S.E. 3rd Ave** <br> **Ft. Lauderdale, FL 33316** | | | | | | | |

Sheet no. __14__ of __15__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ | $ | **75,000.00**

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re **M. Ecker & Co. of Florida, Inc.**_____,    Case No. _____
   **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __15__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal▶ | $ | **0.00** |
|---|---|---|---|
| | Total▶ (Use only on last page of the completed Schedule F.) (Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.) | $ | **901,897.40** |

# Attachment

**Attachment - Additional Contacts**

    **Creditor: Pavarini Construction Co. (SE), Inc.**
    **Additional Contacts:**
    **Pavarini Construction Co., Inc.**
    **8174 West 26th Avenue**
    **Hialeah, FL 33016**

**Attachment 1**

    **Fourth Additional Contact**

        **Marina Grande Condominium Association**
        **2640 Lake Shore Drive**
        **Riviera Beach, FL 33404**

B 6G (Official Form 6G) (12/07)

In re **M. Ecker & Co. of Florida, Inc.,**_____  Case No. _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re  **M. Ecker & Co. of Florida, Inc.,**                                    Case No. _____
                        **Debtor**                                                                    **(if known)**

# SCHEDULE H - CODEBTORS

        Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AFSE Co.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>Gypsum Construction, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>JVW Investments, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>M. Ecker & Co. of Illinois, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>Spruzzi, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264<br><br>RAM Finishes, Inc.<br>9525 W. Bryn Mawr Avenue<br>Suite 900<br>Rosemont, IL 60018-5264 | Associated Bank, N.A.<br>Attn: Craig Thessin, VP<br>200 E. Randolph Street<br>Chicago, IL 60601 |
| Travelers Casualty c/o The Soto Law Group<br>2400 Commercial Blvd.<br>Coastal Tower, Suite 400<br>Ft. Lauderdale, FL 33308<br><br>Bonsal American Inc c/o Ellis & Winters, LLP<br>Attn:  Curtis J. Shipley, Esq.<br>333 No. Greene St, # 200<br>Greensboro, NC 27401<br><br>Pavarini Construction Co., Inc.<br>c/o Wilson Elser Moskowitz Edelman & Dicker LLP<br>222 Lakeview Avenue, Suite 810<br>West Palm Beach, FL 33401<br>Additional Information: Attn:  Rodney Janis, Esq. | Williams Island Ocean Club<br>c/o Siegfried Rivera Lerner De La Torre & Sobel PA<br>8211 W. Broward Blvd., # 250<br>Plantation, FL 33324 |

B 6H (Official Form 6H) (12/07)

In re  M. Ecker & Co. of Florida, Inc.,                                    Case No. _____
                              **Debtor**                                                          **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Simplex Grinnell, LP & Tyco Products LP<br>c/o Shook Hardy & Bacon, LLP<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Additional Information: Attn:  Paul A. Williams, Esq.<br><br>The Lubrizol Corporation<br> c/o McGuire Woods, LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>Additional Information: Attn:  James C. Earle, Esq. | |
| Cabi Aventura Condo, LLC<br>Attn:  Jacobo Cababie<br>19950 W. Country Club Drive, Suite 900<br>Aventura, FL 33180<br><br>Stiles Corporation d/b/a Stiles Construction Corp.<br>c/o Peckar & Abramson<br>One Southeast Third Ave., Suite 3100<br>Miami, FL 33131<br><br>Behar Font & Partners, P.A.<br>4533 Ponce De Leon<br>Coral Gables, FL 33146<br>Additional Information: Architect | Park Condominium Assoc @ Turnberry Isle<br>c/o Hyman Spector & Mars, LLP<br>150 W. Flagler St, 27th Fl<br>Miami, FL 33130 |
| Turner Construction Company<br>1339 SW 1st Avenue<br>Miami, FL 33130<br><br>Collins Avenue Associates, LLC<br>c/o Siegfreid, Rivera, Lerner, De La Torre & Sobel<br>8211 W. Broward Blvd., Suite 250<br>Plantation, FL 33324<br>Additional Information: Developer | Residences at the Bath Club Condo Assoc Inc<br>5937 Collins Avenue<br>Biami Beach, FL 33160 |
| TL Fountainebleau Tower Ltd Ptnshp<br>c/o Roberts Reynolds Bedard & Tuzzo<br>7501 Wiles Road, Suite 201<br>Coral Springs, FL 33067<br><br>Turnberry Construction, Inc.<br>1339 SW 1st Avenue<br>Miami, FL 33130<br><br>JS Collins, LLC<br>c/o Roberts Reynolds Bedard & Tuzzo<br>7501 Wiles Road, Suite 201<br>Coral Springs, FL 33067 | Fountainbleu II Condo Assoc<br>Boies, Schiller & Flexner<br>401 East Las Olas Blvd.<br>Suite 1200<br>Ft. Lauderdale, FL 33301 |
| BR Villa Luisa, LLC<br>c/o Meland Russin & Budwick PA<br>200 S. Biscayne Blvd.<br>3000 Wachovia Financial Center<br>Miami, FL 33131 | iStar FM Loans, LLC<br>1114 Avenue of the Americas<br>39th Floor<br>New York, NY 10036 |

B 6H (Official Form 6H) (12/07)

In re  M. Ecker & Co. of Florida, Inc.,                                    Case No. _____
                              **Debtor**                                                      **(if known)**

# SCHEDULE H – CODEBTORS

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Coastal Construction Services, Inc.<br>5959 Blue Lagoon Drive<br>Suite 200<br>Miami, FL 33126 | Coastal Construction Services, Inc.<br>5959 Blue Lagoon Drive<br>Suite 200<br>Miami, FL 33126 |
| Facchina Construction of Florida, LLC<br>1450 NW 78th Avenue<br>Doral, FL 33126 | Facchina Construction of Florida, LLC<br>1450 NW 78th Avenue<br>Doral, FL 33126 |
| Suffolk Construction Company<br>Attn:  Juan Diaz, Esq.<br>One Harvard Circle<br>Suite 100<br>West Palm Beach, FL 33409 | Latitude on the River Condo Assoc. Inc.<br>185 SW 7th Street<br>Miami, FL 33130 |
| Titon Stone, LLC et al<br>Chad E. Cron, Esq. -- Peckar & Abramson<br>One Southeast Third Avenue<br>Suite 3100<br>Miami, FL 33131 | Titon Stone, LLC et al<br>c/o Chad E. Cron, Esq. -- Peckar & Abramson<br>One Southeast Third Avenue<br>Suite 3100<br>Miami, FL 33131 |
| Midtown Miami No. 2, LLC<br>3301 NE 1st Avenue<br>Miami, FL 33137 | Midtown Miami No. 2, LLC<br>3301 NE 1st Avenue<br>Miami, FL 33137 |
| Suffolk Construction Company, Inc.<br>One Harvard Circle<br>Suite 100<br>West Palm Beach, FL 33409 | Beachfront at Singer Island Condo Assoc. Inc.<br>4600 North Ocean Drive<br>Singer Island, FL 33404 |
| The Hunt Construction Group, Inc.<br>c/o Robert A. Carlson, Esq.<br>Lee Hernandez Landrum Garofalo Blake<br>100 N. Biscayne Blvd., Suite 605<br>Miami, FL 33132 | The Hunt Construction Group, Inc.<br>c/o Robert A. Carlson, Esq.,<br>Lee Hernandez Landrum Garofalo Blake<br>100 N. Biscayne Blvd., Suite 605<br>Miami, FL 33132 |
| Leviev Boymelgreen Marquis Developers, LLC<br>c/o Jason R. Moyer - Baker Lopez Gassler PA<br>501 First Avenue North<br>Suite 900<br>St. Petersburg, FL 33701<br><br>Leviev Boymelgreen Marquis Developers, LLC<br>c/o Jason R. Moyer - Baker Lopez Gassler PA<br>501 First Avenue North<br>Suite 900<br>St. Petersburg, FL 33701<br><br>Plaza Contracting Co./Katz Meltzer Constr. Co.<br>c/o Pardo Gainsburg, PL<br>200 S.E. First Street<br>Suite 700<br>Miami, FL 33131 | Leviev Boymelgreen Marquis Developers, LLC<br>c/o Jason R. Moyer - Baker Lopez Gassler PA<br>501 First Avenue North<br>Suite 900<br>St. Petersburg, FL 33701 |

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:  **M. Ecker & Co. of Florida, Inc.**

Case No.  _____

Chapter  **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1.  Gross Income For 12 Months Prior to Filing:    $ **0.00** _____

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2.  Gross Monthly Income:    $ **0.00** _____

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3.  Net Employee Payroll (Other Than Debtor)    $ **0.00** _____
    4.  Payroll Taxes    **0.00** _____
    5.  Unemployment Taxes    **0.00** _____
    6.  Worker's Compensation    **0.00** _____
    7.  Other Taxes    **0.00** _____
    8.  Inventory Purchases (Including raw  materials)    **0.00** _____
    9.  Purchase of Feed/Fertilizer/Seed/Spray    **0.00** _____
    10.  Rent (Other than debtor's principal residence)    **0.00** _____
    11.  Utilities    **0.00** _____
    12.  Office Expenses and Supplies    **0.00** _____
    13.  Repairs and Maintenance    **0.00** _____
    14.  Vehicle Expenses    **0.00** _____
    15.  Travel and Entertainment    **0.00** _____
    16.  Equipment Rental and Leases    **0.00** _____
    17.  Legal/Accounting/Other Professional Fees    **0.00** _____
    18.  Insurance    **0.00** _____
    19.  Employee Benefits (e.g., pension, medical, etc.)    **0.00** _____
    20.  Payments to Be Made Directly By Debtor to Secured Creditors For
          Pre-Petition Business Debts (Specify):

        _____

    21.  Other (Specify):

        _____

    22.  Total Monthly Expenses (Add items 3 - 21)    $ **0.00** _____

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ **0.00** _____

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **M. Ecker & Co. of Florida, Inc.**                              Case No. _____
                              Debtor                                                      (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**32**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date _____        Signature: _____
                                                    **M. Ecker & Co. of Florida, Inc.** Debtor

Date _____        Signature: _____
                                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

-------------------------------------------------------------------------------------------------
**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer                      *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____
Signature of Bankruptcy Petition Preparer                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **Nick Andreolas** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **M. Ecker & Co. of Florida, Inc.** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **32** sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief

Date **1 - 3 - 14**                    Signature: _____

                                        **Nick Andreolas**
                                        [Print or type name of individual signing on behalf of debtor ]
                                        **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor ]*

-------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C. §§ 152 and 3571.

B 7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: M. Ecker & Co. of Florida, Inc.                    Case No _____
<br>Debtor                                                                          (if known)

## STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

   **1. Income from employment or operation of business**

None
☐

     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

Debtor:

Current Year (2013):
<br>$0.00                                                                   Gross Revenue

Previous Year 1 (2012):
<br>$157,800.00 / ($56,300)                              Gross Revenue / Net Loss

Previous Year 2 (2011):
$587,700.00 / ($356,900.00)                    Gross Revenue / Net Loss

### 2. Income other than from employment or operation of business

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the
debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a
joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

AMOUNT                                    SOURCE

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of
this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or
as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling
agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b. *Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made*
within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*)
any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors
filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

Debtor:

None
☒

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date
of adjustment.*

include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Debtor:<br>Williams Island Ocean Club, Inc. vs. Pavarini Construction Co., Inc., Travelers Casualty & Surety Company, M. Ecker & Co. of Florida, Inc., and Bonsal American, Inc.<br>Case Number: 11-5319 CA 40 | Breach of Contract; Negligence; Warranty/Building Code Violations | Circuit Court of the 11th Judicial Circuit Miami-Dade County, Florida | Pending |
| The Parc Condominium Association, Inc. vs. Cabi Aventura Condo, LLC, Stiles Corporation d/b/a Stiles Construction Corporation, Steven Feller, P.A. and Behar, Font & Partners, P.A.<br>Case Number: 10-13910 CA 09 | Breach of Contract (claim stucco/construction defects) | Circuit Court of the 11th Judicial Circuit Miami-Dade County, Florida | Pending |
| M.C. Velar Construction Corp. vs. Turner Construction Company, Collins Avenue Associates, LLC, Donnell, du Quesne & Albaisa, P.A., et al<br>Case Number: 04-24660 CA 15 | Subpoena Duces Tecum | Circuit Court of the 11th Judicial Circuit Miami-Dade County, Florida | Unknown |
| Chase Home Finance, LLC vs. Adeline Aguirre, Quantum on the Bay Condo Assoc., M. Ecker & Co. of Florida, Inc., et al<br>Case Number: 09-27758 CA 32 | Foreclosure Proceedings (Debtor subordinate lien holder) | Circuit Court of the 11th Judicial Circuit Miami-Dade County, Florida | Case closed - property sold/foreclosed May, 2010 |
| Fontainebleau II Condominium Association, Inc. vs. M. Ecker & Co., Inc. et al<br>Case Number: 09-81609 CA 05 | Breach of Contract (claim stucco/construction defects) | Circuit Court of the 11th Judicial Circuit Miami-Dade County, Florida | Unknown |
| M. Ecker & Co. of Florida, Inc. vs. W. G. Yates & Sons Construction Company<br>Case Number: 09-21398 CA 13 | Breach of Contract | Circuit Court of the 11th Judicial Circuit Miami-Dade County, Florida | Unknown |
| iStar FM Loans, LLC v. BR Villa Luisa, LLC, M. Ecker & Co. of Florida, Inc., et al | Foreclosure Proceedings (Debtor subordinate lien holder) | Circuit Court of the 11th Judicial Circuit Miami-Dade County, | Property foreclosed/sold 1/21/11 to SFI BR Villa Luisa, LLC |

| | | | |
|---|---|---|---|
| Case Number: 09-72287 CA 23 | | Florida | |
| Ocean Palms Association, Inc. vs. Ocean Palms, LLC, M. Ecker & Co. of Florida, Inc., et al<br>Case Number: 07-034975 (03) | Breach of Contract - stucco/construction defects | Circuit Court of the 17th Judicial Circuit Broward County, Florida | Unkown (possibly in mediation) |
| Huden Simmons vs. M. Ecker & Company of Florida, Inc.<br>Case Number: 4D11-797 & 2006CA002396 | Appeal of Lien Claim originally entered in Circuit Court of the 15th Circuit | District Court of Appeal of the State of Florida Fourt District, Florida | Unknown |
| The Lexi Condominium Association, Inc. vs. Kobi Karp Architecture & Interior Design, Inc. et al<br>Case Number: 12-24986 | Subpoena for records, etc. | Circuit Court of the 11th Judicial Circuit Miami-Dade County, Florida | Unknown |

None ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF<br>SEIZURE | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION<br>AND VALUE<br>OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ☒

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF ASSIGNEE | DATE OF<br>ASSIGNMENT | TERMS OF<br>ASSIGNMENT<br>OR SETTLEMENT |
|---|---|---|

---

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must

include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Debtor: Tishler & Wald, Ltd. 200 S. Wacker Drive, Suite 3000 Chicago, Illinois 60606 | 11/1/2013 | $9,694.00 for the within bankruptcy plus $306.00 for court filing fees, plus a reasonable hourly rate as needed and necessary |
| Ecker Enterprises, Inc. | | |

---

**10. Other transfers**

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☒

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11. Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12. Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding

☒    the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☒    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15. Prior address of debtor**

None
☒    If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information**.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites. "

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous

material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None
☒

a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

Debtor:

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                              ADDRESS

_____

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

_____

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                              DATES SERVICES RENDERED

Debtor:
Crowe Horwath, LLP                                            2011 through present
PO Box 3697
Oak Brook, Illinois 60522-3697

None
☒

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                         ADDRESS                         DATES SERVICES RENDERED

Debtor:
N/A

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

Debtor:
Ecker Enterprises, Inc.                 9525 W. Bryn Mawr Avenue, Suite 900
                                        Rosemont, Illinois 60018

Ben Matherly, CPA, CCIFP @ Crowe Horwath   307 South Main Street, Suite 400
LLP                                        Elkhart, Indiana 46516-3174

Stuart Duhl of Harrison Held (holder of   333 W. Wacker Drive, Suite 1700
corporate records/books)                  Chicago, Illinois 60606-1247

None
☒

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

Debtor:
N/A

---

**20. Inventories**

None
☒

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

Debtor:
N/A

None
☒

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

Debtor:
N/A

---

**21. Current Partners, Officers, Directors and Shareholders**

None
☒

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

N/A

None
☐

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Nick Andreolas 9525 W. Bryn Mawr Avenue, Suite 900 Rosemont, Illinois 60018 | President; Director | None 0 |
| Frank L. Marrese 9525 W. Bryn Mawr Avenue, Suite 900 Rosemont, Illinois 60018 | Secretary | None 0 |

---

**22. Former partners, officers, directors and shareholders**

None

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately

☒   preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|
| N/A | | |

None
☐   b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|
| Nick Andreolas 9525 W. Bryn Mawr Ave., Suite 900 Rosemont, Illinois 60018 | Director | N/A |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☒   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|
| N/A | | |

---

**24. Tax Consolidation Group.**

None
☐   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|
| Ecker Enterprises, Inc. | 36-2900894 |

---

**25. Pension Funds.**

None
☒   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| N/A | |

* * * * * *

---

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

12

1-3-14

Print Name    Nick Andreolas, President
and Title

0 continuation sheets attached

*Penalty for making a false statement. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:                                     Bankruptcy Case Number: _____

    **M. Ecker & Co. of Florida, Inc.**

### VERIFICATION OF CREDITOR MATRIX

                                            Number of Creditors: _____

The above named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _____1-3-14_____          _____
                                                                    Debtor

                                                  _____
                                                                  Joint Debtor

Adeline Aguirre c/o Chase Home Finance
Ben-Ezra & Katz, P.A.
2901 Stirling Road
Suite 300
Ft. Lauderdale, FL 33312

Associated Bank, N.A.
Attn: Craig Thessin, VP
200 E. Randolph Street
Chicago, IL 60601

Balfour Beatty Construction
Attn: Rob Gillette
7901 SW 6th Court
Suite 200
Plantation, FL 33324

Beachfront at Singer Island Condo Assoc.
4600 North Ocean Drive
Singer Island, FL 33404

Behar Font & Partners, P.A.
4533 Ponce De Leon
Coral Gables, FL 33146

Bonsal American, Inc.
c/o Ellis & Winters, LLP
333 North Greene Street, Suite 200
Greensboro, NC 27401

BR Villa Luisa, LLC
c/o Meland Russin & Budwick PA
200 S. Biscayne Blvd.
3000 Wachovia Financial Center
Miami, FL 33131

Bruce A. Norris/Roger C. Brown
Kirwin Norris, P.A.
15 West Church Street
Suite 301
Orlando, FL 32801

Cabi Aventura Condo, LLC
19950 W. Country Club Drive, Suite 900
Aventura, FL 33180

Chartis Insurance/AIG
Attn:  Susan Coulter, Claims Specialist
P.O. Box 3780
Alpharetta, GA 30023


Coastal Construction Services, Inc.
5959 Blue Lagoon Drive
Suite 200
Miami, FL 33126


Collins Avenue Associates LLC
c/o Siegfreid, Rivera, Lerner, De La Tor
8211 W. Broward Blvd., Suite 250
Plantation, FL 33324


Collins Avenue Associates, LLC
550 Biltmore Way
Coral Gables, FL 33134


Delroy Anglin, Community Assoc. Mgr.
Marina Grande Condominium Association
2640 Lake Shore Drive
Riviera Beach, FL 33404


Diplomat Properties, Limited Partnership
c/o Wright Fulford Moorhead & Brown
505 Maitland Avenue
Suite 1000
Altamonte Springs, FL 32701

Doumar Allsworth Laystrom et al
Attn: John D. Voight, Esq.
1177 S.E. 3rd Ave
Ft. Lauderdale, FL 33316


Everest National Ins. Co.
Attn:  Randy Bristow, Claims Specialist
PO Box 69
Orange, CA 92856


Facchina Construction of Florida, LLC
1450 NW 78th Avenue
Doral, FL 33126

Facchina-McGaughan, LLC
6600 North Andrews Avenue
Suite 200
Ft. Lauderdale, FL 33309


Fountainbleu II Condo Assoc
Boies, Schiller & Flexner
401 East Las Olas Blvd.
Suite 1200
Ft. Lauderdale, FL 33301

Georg Ketelhohn, Esq.
Siegfried, Rivera, Lerner, et al
201 Alhambra Circle
Suite 1102
Coral Gables, FL 33134

Glazer & Associates, P.A.
Attn:  Christopher M. Reed, Esq.
1920 E. Hallandale Beach Blvd.
Eighth Floor
Hallandale, FL 33009

Huden Simmons c/o Jean J. Barnett, Esq.
Huden Simmons
328 Banyan Blvd.
Suite E
West Palm Beach, FL 33401


Infinity At Brickell Master Assoc./Condo
60 S.W.  13th Street
Miami, FL 33130


iStar FM Loans, LLC
1114 Avenue of the Americas
39th Floor
New York, NY 10036


J.S. Collins; Turnberry Constr; TL Fount
c/o Roberts Reynolds Bedard & Tuzzo
7501 Wiles Road, Suite 201
Coral Springs, FL 33067


Jason M. Rodgers-Da Cruz, Esq.
Siegfried Rivera Lerner et al
201 Alhambra Circle
Suite 1102
Coral Gables, FL 33134

Joseph Silver, Esq.
400 Island Bldv., PH2
Williams Island, FL 33160


Landmark At The Gardens Condo Assoc Inc.
c/o Siegried Rivera Lerner De La Torre &
201 Alhambra Circle
Suite 1102
Coral Gables, FL 33134


Latitude on the River Condo Assoc. Inc.
185 SW 7th Street
Miami, FL 33130


Leviev Boymelgreen Marquis Developers, L
c/o Jason R. Moyer - Baker Lopez Gassler
501 First Avenue North
Suite 900
St. Petersburg, FL 33701


Liberty Mutual Ins. Group
P.O. Box 169168
Irving, TX 75016


Marina Grande Associates, Ltd.
c/o Rennert Vogel Mandler & Rodriguez PA
100 SE Second Street
Suite 2900
Miami, FL 33131

Marina Grande Condominium Association, I
c/o Albert B. Moore, Esq. - Sachs Sax Ca
1850 SW Fountainview Blvd.
Suite 207
Port St. Lucie, FL 34986

Marina Grande Riviera Beach Condo Associ
c/o Gilbert V. Moore, Esq.
1601 Forum Place
Centurion Tower, Suite 700
West Palm Beach, FL 33401

Marquis Miami Condo Assoc Inc.
c/o Siegried Rivera Lerner De La Torre &
201 Alhambra Circle
Suite 1102
Coral Gables, FL 33134

May, Meacham & Davell, P.A.
Attn:  Robert Meacham, Esq.
One Financial Plaza, #2602
Ft. Lauderdale, FL 33394-1697

Michael Switzer, Esq.
Wilson Elser Moskowitz Edelman & Dicker
222 Lakeview Avenue
Suite 810
West Palm Beach, FL 33401

Midtown Miami No. 2, LLC
3301 NE 1st Avenue
Miami, FL 33137

Moss & Associates, LLC
c/o Vincent F. Vaccarella
401 S.E. 12th Street
Suite 300
Ft. Lauderdale, FL 33316

Nathan E. Nason, Esq.
Nason Yeager Gerson White & Lioce PA
1645 Palm Beach Lakes Blvd.
Suite 1200
W. Palm Beach, FL 33401

Ocean Palms
3101 South Ocean Drive
Hollywood, FL 33019

Ocean Palms Condominium Association, Inc
c/o Sachs Sax Caplan
6111 Broken Sound Prkwy NW
Suite 200
Boca Raton, FL 33487

Park Condominium Assoc @ Turnberry Isle
c/o Hyman Spector & Mars, LLP
150 W. Flagler St, 27th Fl
Miami, FL 33130

Pavarini Construction Co Inc
c/o Peckar & Abramson, P.C.
One SE Third Ave, #3100
Miami, FL 33131

Pavarini Construction Co. (SE), Inc.
2400 E. Commercial Blvd.
Suite 900
Ft. Lauderdale, FL 33308


Pavarini Construction Co., Inc.
8174 West 26th Avenue
Hialeah, FL 33016


Peckar & Abramson, P.C.
Attn:  Gary M. Stein, Esq.
One S.E. Third Ave, Suite 3100
Miami, FL 33131


Plaza Contracting Co./Katz Meltzer Const
c/o Pardo Gainsburg, PL
200 S.E. First Street
Suite 700
Miami, FL 33131

Quantum on the Bay
c/o Hyman Spector & Mars LLP
150 W. Flagler Street
27th Floor - Museum Tower
Miami, FL 33130


Residences at the Bath Club Condo Assoc
5937 Collins Avenue
Biami Beach, FL 33160


Restani, Dittmar & Hauser, P.A.
201 Alhambra Circle
Suite 1050
Coral Gables, FL 33134


Richman Greer, P.A.
c/o  Mark Romance, Esq.
201 S. Biscayne Blvd.
Suite 1000
Miami, FL 33131


Rumberger Kirk & Caldwell
80 Southwest 8th Street
Suite 3000
Miami, FL 33130

Sea Breeze Ocean Developers, Ltd.
c/o Mario A. Romine
19950 W. Country Club Drive
10th Floor
Aventura, FL 33180


Simplex Grinnell / Tyco Products
c/o Shook Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613



Skanska USA Building, Inc.
2009 Collins Avenue
Miami, FL 33139



Steadfast Ins. Co. - Zurich NA
Attn:  Hilary Schweitzer, Claims Special
P.O. Box 66965
Chicago, IL 60666-0965


Steven B. Lesser, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Rd
Ft. Lauderdale, FL 33312-6525



Stiles Corporation d/b/a Stiles Construc
300 S.E. 2nd Street
Ft. Lauderdale, FL 33301



Stiles Corporation d/b/a Stiles Construc
c/o Peckar & Abramson
One Southeast Third Ave., Suite 3100
Miami, FL 33131


Suffolk Construction Company
Attn:  Juan Diaz, Esq.
One Harvard Circle
Suite 100
West Palm Beach, FL 33409


The Hunt Construction Group, Inc.
c/o Robert A. Carlson, Esq.,
Lee Hernandez Landrum Garofalo Blake
100 N. Biscayne Blvd., Suite 605
Miami, FL 33132

The Lexi Condominium Association, Inc.
c/o Gilmer M. Heitman Law Firm, P.C.
12765 W. Forest Hill Blvd.
Suite 1315
Wellington, FL 33414


The Lubrizol Corporation
c/o McGuire Woods, LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067


The Parc @ Turnberry Isle
19400 Turnberry Way
Aventura, FL 33180


Titon Stone, LLC et al
c/o Chad E. Cron, Esq. -- Peckar & Abram
One Southeast Third Avenue
Suite 3100
Miami, FL 33131

Todd L. Sussman, Esq.
Daniels, Kashtan, Downs, Robertson & McG
490 Sawgrass Corporate Pkwy.
Suite 320
Ft. Lauderdale, FL 33325

Travelers Casualty & Surety Company
c/o The Soto Law Group
2400 Commercial Blvd.
Coastal Tower, Suite 400
Ft. Lauderdale, FL 33308

Turnberry Ocean Colony South Tower COA
17070 Collins Avenue
Suite T-269
Sunny Isles Beach, FL 33160


Turner Construction Company
1339 SW 1st Avenue
Miami, FL 33130


W.G. Yates & Sons Constr. Co.
c/o Berger Singerman
350 East Las Olas Blvd.
Suite 1000
Ft. Lauderdale, FL 33301

W.G. Yates & Sons Construction Company
141 N.E. Third Avenue
Miami, FL 33132


Williams Island Ocean Club
c/o Siegfried Rivera Lerner De La Torre
8211 W. Broward Blvd., # 250
Plantation, FL 33324


Willis North America
P.O. Box 305191
Nashville, TN 37230-5191

B 203
(12/94)

# United States Bankruptcy Court

## NORTHERN DISTRICT OF ILLINOIS

### EASTERN DIVISION

**In re**

    **M. Ecker & Co. of Florida, Inc.**

Case No. _____

**Debtor**

Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **9,694.00**

    Prior to the filing of this statement I have received  . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **9,694.00**

    Balance Due  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ **0.00***

2. The source of the compensation paid to me was:

    ☐ Debtor     ☒ Other (specify) **Ecker Enterprises, Inc.**

3. The source of compensation to be paid to me is:

    ☐ Debtor     ☒ Other (specify) **Ecker Enterprises, Inc.**

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~-----------

e. [Other provisions as needed]

**\*plus a reasonable hourly rate as needed and necessary**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_____1-3-14_____          _____
    Date                              **Bruce L. Wald**
                                   *Signature of Attorney*

                              _____
                              **Tishler & Wald, Ltd.**
                                   *Name of law firm*